District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| XITONG SUN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | Case No. 2:25-cv-00669-TL <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> June 5, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-130 and I-485s, Petition for Alien Relative and Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the applications and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00669-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 5th day of June, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICES OF DENNIS LAM, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Dennis Lam*<br>DENNIS LAM, WSBA#22899<br>Law Offices of Dennis Lam, PLLC<br>15921 NE 8th Street, Ste. C-208<br>Bellevue, Washington 98008<br>Phone: 206-682-9233<br>Email: dennis@dennislam.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 82 words, in compliance with the Local Civil Rules*.

### [PROPOSED] ORDER

The case is dismissed without prejudice.  It is so ORDERED

DATED this 5th day of June 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00669-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800